

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bryant Whitfield<br>　　　　Defendant. | CR 17-666-SJO<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　( )　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//

//

| | | |
|---|---|---|
| 1 | | The court concludes: |
| 2 | A. (✓) | Defendant poses a risk to the safety of other persons or the community |
| 3 | | because defendant has not demonstrated by clear and convincing |
| 4 | | evidence that: |

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 11-2-17

[signature]

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE

2